UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKINSON N. ADIONSER, ) | |
| ) | |
| Plaintiff, *pro se*, ) | |
| ) | Civil Case No. 10-027 (RJL) |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

For the reasons set forth in the Memorandum Opinion entered this 15 day of September, 2011, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment [#16] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment [#26] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendants on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge